McGREGOR W. SCOTT
United States Attorney
COURTNEY J. LINN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>APPROXIMATELY $22,000.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $4,248 IN U.S. CURRENCY WITH POTENTIAL COLLECTOR VALUE, and<br><br>MISCELLANEOUS JEWELRY AND STONES,<br><br>  Defendants. | MISC-S-04-0339 FCD KJM<br><br>**STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |

It is hereby stipulated by and between the United States of America and claimants Sekharith Be and Eileen Phic Lim ("Claimants"), by and through their respective counsel, as follows:

1. On August 30, 2004, Claimants filed a claim, in the administrative forfeiture proceedings, with the Internal Revenue Service, Criminal Investigation Division with respect to the approximately $22,000.00 in U.S. Currency, the approximately $4,248.00 in U.S. Currency with potential collector value and the

1  miscellaneous jewelry and stones (the "property"), which was seized
2  on or about May 18, 2004.
3      2.  The Internal Revenue Service, Criminal Investigation
4  Division has sent the written notice of intent to forfeit required
5  by 18 U.S.C. § 983(a)(1)(A) to all known interested parties, the
6  time has expired for any person to file a claim to the property
7  under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the
8  Claimants have filed a claim to the property as required by law in
9  the administrative forfeiture proceeding.
10     3.  Under 18 U.S.C. § 983(a)(3)(A), the United States is
11 required to file a complaint for forfeiture against the property
12 and/or to obtain an indictment alleging that the property is
13 subject to forfeiture within 90 days after a claim has been filed
14 in the administrative forfeiture proceedings, unless the court
15 extends the deadline for good cause shown or by agreement of the
16 parties.
17     4.  By Stipulation and Order filed October 27, 2004, the
18 parties stipulated to extend to January 25, 2005, the time in which
19 the United States is required to file a civil complaint for
20 forfeiture against the property and/or to obtain an indictment
21 alleging that the property is subject to forfeiture.
22     5.  By Stipulation and Order filed January 11, 2005, the
23 parties further stipulated to extend to March 25, 2005, the time in
24 which the United States is required to file a civil complaint for
25 forfeiture against the property and/or to obtain an indictment
26 alleging that the property is subject to forfeiture.
27
28

2

1    6.  By Stipulation and Order filed March 24, 2005, the parties
2 further stipulated to extend to May 15, 2005, the time in which the
3 United States is required to file a civil complaint for forfeiture
4 against the property and/or to obtain an indictment alleging that
5 the property is subject to forfeiture.
6    7.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish
7 by agreement to further extend to August 15, 2005, the time in
8 which the United States is required to file a civil complaint for
9 forfeiture against the property and/or seek the criminal forfeiture
10 of the property in connection with the parallel criminal
11 proceeding, <u>United States v. Sekharith Be</u>, CR-S-04-220 WBS. that
12 the property is subject to forfeiture.
13    8.  Accordingly, the parties agree that the deadline by which
14 the United States shall be required to file a complaint for
15 forfeiture against the property and/or to obtain an indictment
16 alleging that the property is subject to forfeiture shall be
17 extended to August 15, 2005.

18 DATED: 5/12/05                McGREGOR W. SCOTT
                                 United States Attorney
19
                                 /s/ Courtney J. Linn
20
                                 COURTNEY J. LINN
21                               Assistant U.S. Attorney

22

23 DATE: _____  /s/ Bruce Locke
                                 BRUCE LOCKE
24                               Attorney for Claimants

25

26                               (original signature retained by
                                 attorney)
27

28                                       3

**IT IS SO ORDERED.**

DATE: <u>May 13, 2005</u>   <u>/s/ Frank C. Damrell Jr.</u>
FRANK C. DAMRELL, JR.
United States District Judge